UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**CARLA F. BOSTON**,

    **Plaintiff,**

v.

**U.S. STEEL,**

    **Defendants.**          No. 13-cv-532-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Defendant's Motion for Summary Judgment (Doc. 30).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on July 22, 2015 (Doc. 34) granting Defendant's motion, this case is **DISMISSED** with prejudice as to all parties.

                     JUSTINE FLANAGAN,
                     ACTING CLERK OF COURT

                     BY:     /s/*Caitlin Fischer*
                                      **Deputy Clerk**

Dated: July 22, 2015

Digitally signed by
David R. Herndon
Date: 2015.07.22
15:07:56 -05'00'

APPROVED:
       U.S. DISTRICT JUDGE
       U. S. DISTRICT COURT